IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTHONY EDWARD FABBRI, <br> (TDCJ-CID #2089678) <br> Petitioner, <br> vs. <br><br> LORIE DAVIS, <br> Respondent. | CIVIL ACTION NO. H-18-1563 |

## MEMORANDUM ON DISMISSAL

On May 8, 2018, Anthony Edward Fabbri filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 in Civil Action Number 3:18-1173 in the United States District Court for the Northern District of Texas, Dallas Division. On May 11, 2018, the Northern District of Texas transferred the petition to this Court because Fabbri was challenging two federal detainers. The Northern District construed Fabbri's challenge to the detainers as a petition filed under 28 U.S.C. § 2241. The Northern District transferred the petition to this Court because a § 2241 habeas petition must be filed in the district in which the petitioner is incarcerated, which is the Southern District.

This Court has learned through telephone inquiry to the United States Marshal's Office that there are no federal detainers pending against the petitioner, Anthony Edward Fabbri.

O:\RAO\VDG\2018\18-1563.a01.wpd

This civil action filed by Anthony Edward Fabbri, (TDCJ-CID #2089678), is DISMISSED without prejudice as improvidently filed. Any and all pending motions are denied as moot.

SIGNED at Houston, Texas, on May 23, 2018.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE